# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Robbie J. Moore

Plaintiff/Petitioner(s),

-vs-

State of Illinois

Defendant/Respondent(s).

Case No. 07-2062
(To be supplied by the Clerk)

FILED
MAR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Robbie J. Moore, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause, that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:    ( ) Civil Rights   (X) Habeas Corpus   ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
   ~~10 years ago~~ 2 years ago ($30.00)

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( )   No (X)
   b. Rent payments, interest or dividends?               Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?     Yes ( )   No (X)
   d. Gifts or inheritances?                              Yes ( )   No (X)
   e. Any other sources?                                  Yes (X)   No ( )

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.
State Pay ($120.00)

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
None

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes (X)    No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about **each** of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name: Moore v. Vermillion County   Case Number: 06

    Court:_____   Date filed:_____

    Claims raised: Violation of Rights

    Result: Pending

Rev. 2/00
- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Robbie J. Moore                    )
_____            )
(Full name under which you were convicted)  )
                                   )
B-16483                            )
(Prison Number)                    )       Docket No. 07-2062
                                   )       (To be supplied by Clerk)
Stateville C. C.                   )
(Place of Confinement)             )

RECEIVED
MAR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2254
BY A PERSON IN STATE CUSTODY

Robbie J. Moore, Petitioner
(Full name under which you were convicted)

vs.

_____, Respondent
(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner),

and (when applicable)

The Attorney General of the State of
Illinois                           .

Rev. 8/96

# PETITION FOR WRIT OF HABEAS CORPUS
# BY A PERSON IN STATE CUSTODY

## INSTRUCTIONS—READ CAREFULLY

1. If you are attacking a judgment which imposed a sentence to be served in the **future**, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the future under a federal judgment which you wish to attack, you should file a motion under Title 28, U.S.C. §2255, in the federal court which entered the judgment.

2. **Readable** - The petition may be either typed or handwritten, but it must be readable.

3. **One Conviction Per Form** - You can only challenge one criminal conviction in each petition.

4. **Signed Under Penalty of Perjury** - The petition must be signed by you "under penalty of perjury". Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. Your signature does not have to be witnessed by a notary public.

5. **Copies and Proper Court** - All questions must be answered. When the petition is fully answered, the **original and two (2) copies** must be mailed to the Clerk of the United States District Court for the Southern District of Illinois, whose address is P.O. Box 249, East St. Louis, IL 62202-02491.

6. **Exhaustion** - Before you can sue in federal court for habeas corpus relief, you must first raise every ground you have in State Court, either by direct appeal, state habeas, and/or post-conviction statutes, and appeal as high in the state court system as they will let you go. If you have not done this, you should either do it now, before filing in federal court, or be prepared to explain on the form why you have not exhausted your state remedies.

7. **All Grounds** - You must include all grounds for relief in this petition and the facts supporting each ground for relief. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

8. **Legal Citations and Arguments** - No citations of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

9. **Fee** - You must either (A) pay the filing fee of $5.00 or (B) if you do not have the money, you may request permission to proceed in forma pauperis, in which event you must complete and sign the motion and affidavit supplied by the clerk's office and have an authorized officer at the penal institution complete and sign the attached certificate. You must also have an authorized officer attach a print-out of your prison trust account activity for the six months prior to the filing of your petition.

10. **Grounds Frequently Raised** - For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded

by a letter is a separate ground for possible relief. YOU MAY RAISE ANY ADDITIONAL GROUND(S). However, you should raise in this Petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of the listed grounds. If you select one or more of these grounds for relief or any other ground(s), you must allege **FACTS**. The Petition may be returned to you if you merely check the ground(s) listed below.

a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and consequences of the plea.

b) Conviction obtained by used of coerced confession.

c) Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

d) Conviction obtained by a violation of the privilege against self-incrimination.

e) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

f) Conviction obtained by a violation of the protection against double jeopardy.

g) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

h) Denial of effective assistance of counsel.

I) Denial of right of appeal.

## PETITION

1. **Institutional Address:** Stateville C.C. P.O. Box 112 Joliet, IL. 60434

2. **Court:** Name and location of Court in which the conviction you are challenging was obtained: Vermillion County 7 N. Vermillion St. Danville, IL. 60832

3. **Judge(s):** Trial Judge Thomas Fahey
Sentencing Judge Thomas Fahey

Rev. 8/96

- 3 -

4. **Date:**  What was the date of your conviction? 9-?-97

5. **Crime:**
   a) Of what crime(s) were you convicted? Aggrivated Criminal Sexual Assault

   b) Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
   Yes (X)    No ( )

   If yes, explain: I was Charged, convicted sentenced to 3 Counts which are Consecitivaly given.

6. **Lawyer:** Who was your lawyer?
   a) At preliminary hearing _____
   b) At arraignment and plea _____
   c) At trial William Sahn
   d) At sentencing William Sahn
   e) On direct appeal _____
   f) In any post-conviction proceeding _____
   g) On appeal from any adverse ruling in a post-conviction proceedings _____

7. **Plea:**
   a) What your conviction a result of a guilty plea or plea of nolo contendere? (Check one)
   ___ Yes, guilty plea
   ___ Yes, nolo contendere
   X  No

   b) What was the date of your plea? _____.

   c) If you pleaded guilty to one count or one indictment, and pleaded not guilty or nolo contendere to another, give details: _____

Rev. 8/96

- 4 -

8. **Sentence:** What was your sentence? _Three consecitive Terms of 20 years (60 years)_

9. **Trial:**
   a) What kind of trial?
      _X_ Jury    ___ Judge without a jury
   b) Did you testify at the trial? ___ Yes  _X_ No

10. **Appeal(s):**
   a) Did you appeal your criminal conviction? _X_ Yes ___ No
   b) If you did appeal, answer the following:

   Name and location of Court to which you first appealed _Appellete Court Springfield_
   Date Notice of Appeal was filed _____
   Result _Denied_
   Date of Opinion _____
   Citation of court opinion (if known) _____

   Ground(s) raised on direct appeal _Unconstitutional Charging Instrument, Violation of Due Process of Law, Ineffective Assistance of Counsel, Inconsistant (Accuser) Testomony, Violation of Double Jepardy_

   If you did not directly appeal, explain briefly why you did not _____

   c) Did you attempt to appeal the result to the highest state court having jurisdiction? _X_ Yes ___ No

   d) If you did attempt to appeal to the highest state court, attach a copy of the petition or motion you made, and answer the following (or attach a copy of the court's opinion or order):

   Name and location of Court _Illinois So Supreme Court Springfield_
   Date Petition for Leave to Appeal or Notice of Appeal was filed _____
   Result _Denied_
   Date of Opinion _____

Rev. 8/96

- 5 -

Citation of court opinion (if known)_____

Ground(s) raised _Same as question 10_____

If you did not appeal to the highest state court, explain briefly why you did not_____

    e)    Did you seek permission to file a late appeal? _X_ Yes __ No

11. **Post Conviction Collateral Proceeding(s):**

    a)    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal:
_X_ Yes __ No

    b)    If yes, give the following information:

A.    First petition, application or motion.

    1)    Name of Court _Vermillion County_____

    2)    Date Filed_____

    3)    Nature of Proceeding _Post Conviction_____

    4)    Ground(s) Raised _Same as questions 10 &_____

5) Did you receive an evidentiary hearing on your petition, application or motion?
   X Yes   __ No

6) Final Result _Denied_

7) Date of Final Result (Attach a copy of the court's opinion or order)_____

8) If this petition, application, or motion was brought in a state court, did you appeal the result to the highest state court having jurisdiction?
   X Yes   __ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _Vermillion County Court._
   _I don't have any of my Legal Documents, They were Stolen from my property._

9) If you did not appeal, briefly explain why you did not_____

B. As to any second petition, application or motion, give the following information:

   1) Name of Court _____

   2) Date Filed _____

   3) Nature of Proceeding _____

   4) Ground(s) Raised _____

   5) Did you receive an evidentiary hearing on your petition, application or motion?
      __ Yes   __ No

Rev. 8/96

- 7 -

6) Final Result_____

7) Date of Final Result (Attach a copy of the court's opinion or order)_____

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
   __ Yes   __ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)_____
   _____
   _____
   _____
   _____

9) If you did not appeal, briefly explain why you did not_____
   _____
   _____
   _____

C. As to any third petition, application or motion, give the following information:

1) Name of Court_____
   _____

2) Date Filed_____

3) Nature of Proceeding_____
   _____

4) Ground(s) Raised_____
   _____
   _____
   _____
   _____

5) Did you receive an evidentiary hearing on your petition, application or motion?
   __ Yes   __ No

6) Final Result_____

7) Date of Final Result (Attach of copy of the court's opinion or order)_____

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
___ Yes  ___ No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)_____

9) If you did not appeal, briefly explain why you did not_____

12. **Other Remedies:**

Describe all other procedures, such as administrative remedies, that you have utilized. List the dates when you sought each remedy, the result, and the date of that result _____

13. **Ground(s) for Federal Habeas Corpus:**

State in the following paragraph(s) every ground or reason you claim your conviction is improper or unlawful.

A. <u>First Ground</u>

1) My conviction violates the constitution or laws of the United States because: of the inconsistencies in the testomonies of the Accusers, Ineffective Assistane of Council, Violation of Double Jepardy, Unconstitional Charging Instrument (Information Indictment)

2) I have already raised this claim in state court.

Direct Appeal:    _X_ Yes  ___ No

Rev. 8/96

- 9 -

14. If any of the grounds listed in 13A, B, or C were not previously presented in any court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal now pending in court, either state or federal, regarding the conviction under attack? __ Yes  X No

   If yes, give the name of the Court and nature of proceeding: _____
   _____
   _____
   _____
   _____

16. **Second or Successive Petitions:**

   a) Is this a second or successive petition? (Have you previously filed a habeas petition in federal court with respect to the judgment you are currently attacking?) Yes ( ) No (X)

   b) If yes, have you attached a copy of an Order from a three-judge panel of the court of appeals authorizing this court to consider this petition? Yes ( ) No ( )

   NOTE: To file a second or successive petition with this court, you must first obtain an Order from a three-judge panel of the court of appeals that authorizes this court to consider this petition. <u>You must attach a copy of such an Order.</u>

   <u>**Failure to attach a copy of such Order will result in automatic dismissal of this petition.**</u>

   c) Does this second or successive habeas petition raise a claim that you have not presented in a previous petition(s)? Yes ( ) No ( )

   If no, answer the following:

   (1) Briefly explain the claim not raised in a previous petition_____
   _____
   _____
   _____
   _____
   _____
   _____

(2) Does the new claim rest on new facts that could not have previously been discovered through the exercise of due diligence; <u>and</u> would the facts, if proven and viewed in light of the evidence as a whole, be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found you guilty of the underlying offense? If yes, what are those facts?_____

_____
_____
_____
_____
_____
_____
_____
_____

(3) Does the new claim rely on a new rule of constitutional law that was previously unavailable, and which was made retroactive to cases on collateral review by the United States Supreme Court? If so, what is that rule?_____

_____
_____
_____
_____
_____
_____
_____
_____

### FUTURE SENTENCE

Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack? ___ Yes  X No

a) If yes, give name and location of court which imposed sentence to be served in the future:___

_____

b) Give date and length of sentence to be served in the future:_____

_____

c) Have you filed, or do you contemplate filing, any petition attacking the conviction which imposed the sentence to be served in the future? ___ Yes  X No

Rev. 8/96

- 12 -

June 14th of 1996 I was Charged with three Counts of Aggrivated Criminal Sexual Assault and one Count of Aggrivated Criminal Sexual Abuse.

(1) The day of the Trial the State Prosicuter requested the Judge to change the Title of the Charge to Preditory Criminal Sexual Assault. This Violates the Due Process of Law, as well P.C.S.A. had been declared Unconstitutional by the Fourth District of the Illinois Supreme Court.

(2) The Accusers Purged and or changed thier stories as to how the alleged act accured, and stated the alleged act took place in a completely diffrent room.

(3) The Public Pretender ("Defender") made a statement during her Closing Argument that was damaging to the Defense (Not helpful)

(4) At the Sentencing Hearing the Prosicuter requested the Judge to Adopt the Truth in Sentencing Act to the case which the Court allowed. This Act had been declared Unconstitutional.

The case was Appealed

(5) The Appellate Court Affirmed the case yet stated "the record should show that the Defendant was Convicted of Aggrivated Criminal Sexual Assault not P.C.S.A. Again violating Due Process of Law.

Appealed to I.S.C.
The Illinois Supreme Court Reversed the case without filing an Order of Imediate Release.

(6) I sat for 4-6 month incarsirated after the Reversal, forcing me to file a State Habeas Corpus.

(7) At the H.C. Hearing the Judge stated that the I.S.C. Affirmed Count #4 (agg. Crim. Sex. Abuse) when they did NOT. The "Final Judgement" stated "Reversed" NOT Reversed in Part and Affirmed in Part.

(8) I was re-charged ~~again~~ with Agg. Crim. Sex. Ass.

(9) During the new Trial the Accuser furtherly purged and or contradicted themselves.

(10) The Judge informed the State Prosecuter and the Public Pretender to stand in front of J.G. blocking my view of him completely, nor was he requested to identify his accused.

(11) T.C. severaly contradicted himself by making the statement " I don't remember him having sex with me in my ass".

I was re-convicted and Sentenced to a harsher Sentence than the original time received.

Appealed again
The Appellate Court lessened the Sentence yet Affirmed the Conviction.
I requested the appointed Appellate Pretender to file a Motion of Leave to File an Appeal. (during this period I was transfered from Menard C.C. to Pontiac C.C. which I well informed my (so-called) Counsel yet one month and two weeks later (2 wks. after the filing time ceased) I received a Pro Se Appeal Filing kit and a letter of refusal concerning him filing my Appeal which he purposely sent to Menard C.C.
(P.2)

This left me with just a few options in seeking Justice, so I filed a Pro Se Petition of Post Conviction Relief.

I've argued six diffrent Ineffective Assistence of Council (3 at the Circuit Level and 3 at the Appellate Level), along with the other thus said issues.

However evin the Illinois Supreme Court ignored the fact that the same case that they Reversed in 2000 is back in front of them again and denied the Petition of Post Conviction.

I am yet to see a fair Trial and receive assistence from Counsil that actualy preforms thier proper duties. Well one did, Lerwence Essig got the Direct Appeal Reversed in 2000.

(p 2)

## REQUEST FOR RELIEF

State here exactly what you want to the court to do:

Reverse, Overturn, and Exspange 96-CF-264 & 2000-CF-246 from the Plaintiff's Record Imediately release the Plaintiff

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, certify to the best of my knowledge, information, and belief, that this petition is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

Signed this 22 day of March, 2007.

_Robbie J. Moore_
Signature of Petitioner

_____
(Signature of lawyer, if any)

Rev. 2/97

- 13 -