# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

_Robbie J. Moore_          )
                           )
**Plaintiff/Petitioner,**  )
                           )
vs.                        )  CASE NO. _07-2062_
_State of Illinois_        )
                           )
**Defendant(s)/Respondent.** )

**FILED**
MAR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI
URBANA, IL

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Robbie J. Moore_, am (check one) the ☐ plaintiff ☒ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare (check appropriate box):

   ☒ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☐ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

_3-22-07_                         _Robbie J. Moore_
Date                              Movant's Signature
                                  _P.O. Box 112_
                                  Street Address
                                  _Joliet_    _IL._   _60434_
                                  City        State   Zip

As indicated in paragraph three of my motion for appointment of counsel (see reverse), I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

(Attach additional pages, in this format, as necessary).