**E-FILED**
Monday, 09 April, 2007  04:54:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

_Robbie J. Moore_
_____

**(Full name under which you were convicted)**

_B-16483_
**(Prison Number)**

_Stateville  C. C._
**(Place of Confinement)**

)
)
)
)
)
)
)
)
)
)

**RECEIVED**

MAR 26 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Docket No. _07-2062_

**(To be supplied by Clerk)**

---

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2254
## BY A PERSON IN STATE CUSTODY

---

_Robbie J. Moore_ , Petitioner
**(Full name under which you were convicted)**

vs.

_____, Respondent
**(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner),**

and  (when applicable)

**The Attorney General of the State of**
_Illinois_____.

Rev. 8/96

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS—READ CAREFULLY

1.  If you are attacking a judgment which imposed a sentence to be served in the **future**, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the **future** under a federal judgment which you wish to attack, you should file a motion under Title 28, U.S.C. §2255, in the federal court which entered the judgment.

2.  **Readable** - The petition may be either typed or handwritten, but it must be readable.

3.  **One Conviction Per Form** - You can only challenge one criminal conviction in each petition.

4.  **Signed Under Penalty of Perjury** - The petition must be signed by you "under penalty of perjury". Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. Your signature does **not** have to be witnessed by a notary public.

5.  **Copies and Proper Court** - All questions must be answered. When the petition is fully answered, the **original and two (2) copies** must be mailed to the Clerk of the United States District Court for the Southern District of Illinois, whose address is P.O. Box 249, East St. Louis, IL 62202-02491.

6.  **Exhaustion** - Before you can sue in federal court for habeas corpus relief, you must first raise every ground you have in State Court, either by direct appeal, state habeas, and/or post-conviction statutes, and appeal as high in the state court system as they will let you go. If you have not done this, you should either do it now, before filing in federal court, or be prepared to explain on the form why you have not exhausted your state remedies.

7.  **All Grounds** - You must include all grounds for relief in this petition and the facts supporting each ground for relief. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

8.  **Legal Citations and Arguments** - No citations of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

9.  **Fee** - You must either (A) pay the filing fee of $5.00 or (B) if you do not have the money, you may request permission to proceed in forma pauperis, in which event you must complete and sign the motion and affidavit supplied by the clerk's office and have an authorized officer at the penal institution complete and sign the attached certificate. You must also have an authorized officer attach a print-out of your prison trust account activity for the six months prior to the filing of your petition.

10. **Grounds Frequently Raised** - For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded

by a letter is a separate ground for possible relief. YOU MAY RAISE ANY ADDITIONAL GROUND(S). **However, you should raise in this Petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.**

Do not check any of the listed grounds. If you select one or more of these grounds for relief or any other ground(s), you must allege **FACTS**. The Petition may be returned to you if you merely check the ground(s) listed below.

a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and consequences of the plea.

b)    Conviction obtained by used of coerced confession.

c)    Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

d)    Conviction obtained by a violation of the privilege against self-incrimination.

e)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

f)    Conviction obtained by a violation of the protection against double jeopardy.

g)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

h)    Denial of effective assistance of counsel.

I)    Denial of right of appeal.

## PETITION

1.    **Institutional Address:** Stateville C. C.
P. O. BOX 112
Joliet, IL. 60434

2.    **Court:** Name and location of Court in which the conviction you are challenging was obtained: Vermillion County
7 N. Vermillion St.
Danville, IL. 60832

3.    **Judge(s):** Trial Judge Thomas Fahey
Sentencing Judge Thomas Fahey

Rev. 8/96

- 3 -

**4.**   **Date:**    What was the date of your conviction? _9 - 8 - 97_

**5.**   **Crime:**   a)   Of what crime(s) were you convicted? _Aggrivated   Criminal_
_Sexual  Assault_

b)   Were you sentenced on more than one count of an indictment, or on more
than one indictment in the same court at the same time?
Yes (X)        No ( )

If yes, explain: _I was  Charged,  convicted  sentenced_
_to  3  Counts  which are  Consecitivaly given._

**6.**   **Lawyer:**   Who was your lawyer?
a)   At preliminary hearing _____

b)   At arraignment and plea _____

c)   At trial _William  Sahn_____

d)   At sentencing _William  Sahn_____

e)   On direct appeal_____

f)   In any post-conviction proceeding _____

g)   On appeal from any adverse ruling in a post-conviction proceedings_____

**7.**   **Plea:**   a)   What your conviction a result of a guilty plea or plea of nolo contendere?
(Check one)
___ Yes, guilty plea
___ Yes, nolo contendere
_X_ No

b)   What was the date of your plea? _____.

c)   If you pleaded guilty to one count or one indictment, and pleaded not guilty
or nolo contendere to another, give details:_____
_____
_____
_____

- 4 -

**8.    Sentence:**    What was your sentence? _Three consecitive Terms_
_of 20 years (60 years)_

**9.    Trial:**    a)    What kind of trial?
    _X_ Jury            _____ Judge without a jury

    b)    Did you testify at the trial?  __ Yes  _X_ No

**10.    Appeal(s):**    a)    Did you appeal your criminal conviction?  _X_ Yes  __ No

    b)    If you did appeal, answer the following:

    Name and location of Court to which you first appealed _Appellete_
    _Court    Springfield_
    Date Notice of Appeal was filed_____
    Result _Denied_
    Date of Opinion_____·_____
    Citation of court opinion (if known)_____
    _____

    Ground(s) raised on direct appeal _Unconstitutional Charging_
    _Instrument, Violation of Due Process of_
    _Law, Ineffective Assistance of_
    _Counsel, Inconsistant (Accuser) Testomony,_
    _Violation of Double Jepardy_
    _____
    _____

    If you did not directly appeal, explain briefly why you did not_____
    _____
    _____
    _____

    c)    Did you attempt to appeal the result to the highest state court having
    jurisdiction? _X_ Yes  __ No

    d)    If you did attempt to appeal to the highest state court, attach a copy of the
    petition or motion you made, and answer the following  (or attach a copy of
    the court's opinion or order):

    Name and location of Court _Illinois  So Supreme Court_
    _Springfield_
    Date Petition for Leave to Appeal or Notice of Appeal was filed_____
    Result _Denied_
    Date of Opinion_____

Citation of court opinion (if known)_____

Ground(s) raised *same as question 10*_____

_____

_____

_____

_____

If you did not appeal to the highest state court, explain briefly why you did not_____

_____

e)    Did you seek permission to file a late appeal?  _X_ Yes __ No

11.    **Post Conviction Collateral Proceeding(s):**

a)    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal:
_X_ Yes  __ No

b)    If yes, give the following information:

A.    First petition, application or motion.

1)    Name of Court *Vermillion County*_____

2)    Date Filed_____

3)    Nature of Proceeding *Post Conviction*_____

4)    Ground(s) Raised *Same as questions 10 &*_____

_____

_____

_____

_____

_____

5)   Did you receive an evidentiary hearing on your petition, application or motion?  __
     $\underline{X}$ Yes   __ No

6)   Final Result _Denied_____

7)   Date of Final Result (Attach a copy of the court's opinion or order)_____

8)   If this petition, application, or motion was brought in a state court, did you appeal
     the result to the highest state court having jurisdiction?
     $\underline{X}$ Yes   __ No

     If you did appeal, give the name of the court where the appeal was filed, the result,
     the case number, citation and date of the court's decision (or attach a copy of the
     court's opinion or order) _Vermillion County Court._

     _I don't have any of my Legal Documents_
     _They were Stolen from my property._

9)   If you did not appeal, briefly explain why you did not_____
     _____
     _____
     _____

B.   As to any second petition, application or motion, give the following information:

1)   Name of Court _____
     _____

2)   Date Filed _____

3)   Nature of Proceeding_____
     _____
     _____

4)   Ground(s) Raised_____
     _____
     _____
     _____
     _____
     _____

5)   Did you receive an evidentiary hearing on your petition, application or motion?
     __ Yes   __ No

6)      Final Result_____

7)      Date of Final Result (Attach a copy of the court's opinion or order)_____

8)      If this petition, application, or motion was brought in state court, did you appeal the
        result to the highest state court having jurisdiction?
        __ Yes   __ No

        If you did appeal, give the name of the court where the appeal was filed, the result,
        the case number, citation and date of the court's decision (or attach a copy of the
        court's opinion or order)_____
        _____
        _____
        _____
        _____

9)      If you did not appeal, briefly explain why you did not_____
        _____
        _____
        _____

C.      As to any third petition, application or motion, give the following information:

1)      Name of Court_____
        _____

2)      Date Filed_____

3)      Nature of Proceeding_____
        _____
        _____

4)      Ground(s) Raised_____
        _____
        _____
        _____
        _____
        _____
        _____

5)      Did you receive an evidentiary hearing on your petition, application or motion?
        __ Yes   __ No

6)      Final Result_____

7)      Date of Final Result (Attach of copy of the court's opinion or order)_____

Rev. 8/96                          - 8 -

8)    If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
___ Yes    ___ No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)_____
_____
_____
_____
_____

9)    If you did not appeal, briefly explain why you did not_____
_____
_____
_____

**12.    Other Remedies:**

Describe all other procedures, such as administrative remedies, that you have utilized. List the dates when you sought each remedy, the result, and the date of that result _____
_____
_____
_____
_____
_____
_____

**13.    Ground(s) for Federal Habeas Corpus:**

State in the following paragraph(s) every ground or reason you claim your conviction is improper or unlawful.

A.    <u>First Ground</u>

1)    My conviction violates the constitution or laws of the United States because:_____
of the inconsistencies in the testomonies of
the Accusers, Ineffective Assistane of Council
Violation of Double Jepardy, Unconstitional
Charging Instrument (Information Indictment)
_____

2)    I have already raised this claim in state court.

Direct Appeal:        X Yes    ___ No

14.    If any of the grounds listed in 13A, B, or C were not previously presented in any court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____

15.    Do you have any petition or appeal now pending in court, either state or federal, regarding the conviction under attack? __ Yes    $\times$ No

If yes, give the name of the Court and nature of proceeding: _____
_____
_____
_____
_____

16.    **Second or Successive Petitions:**

a)    Is this a second or successive petition? (Have you previously filed a habeas petition in federal court with respect to the judgment you are currently attacking?)  Yes ( )  No (X)

b)    If yes, have you attached a copy of an Order from a three-judge panel of the court of appeals authorizing this court to consider this petition?  Yes ( )  No ( )

NOTE: To file a second or successive petition with this court, you must first obtain an Order from a three-judge panel of the court of appeals that authorizes this court to consider this petition.  You must attach a copy of such an Order.

**Failure to attach a copy of such Order will result in automatic dismissal of this petition.**

c)    Does this second or successive habeas petition raise a claim that you have not presented in a previous petition(s)?  Yes ( )  No ( )

If no, answer the following:

(1)    Briefly explain the claim not raised in a previous petition_____
_____
_____
_____
_____
_____
_____

(2)   Does the new claim rest on new facts that could not have previously been discovered through the exercise of due diligence; <u>and</u> would the facts, if proven and viewed in light of the evidence as a whole, be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found you guilty of the underlying offense?  If yes, what are those facts?_____

_____

_____

_____

_____

_____

_____

_____

(3)   Does the new claim rely on a new rule of constitutional law that was previously unavailable, and which was made retroactive to cases on collateral review by the United States Supreme Court?  If so, what is that rule?_____

_____

_____

_____

_____

_____

_____

_____

## FUTURE SENTENCE

Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack?  __ Yes   X̲ No

a)   If yes, give name and location of court which imposed sentence to be served in the future:___

_____

b)   Give date and length of sentence to be served in the future:_____

_____

c)   Have you filed, or do you contemplate filing, any petition attacking the conviction which imposed the sentence to be served in the future?  __ Yes   X̲ No

June 14th of 1996 I was Charged with three Counts of Aggrivated Criminal Sexual Assault and one Count of Aggrivated Criminal Sexual Abuse.

(1) The day of the Trial the State Prosicuter requested the Judge to change the Title of the Charge to Preditory Criminal Sexual Assault. This Violates the Due Process of Law, as well P.C.S.A. had been declared Unconstitutional by the Fourth District of the Illinois Supreme Court.

(2) The Accusers Purged and or changed thier stories as to how the alleged act accured, and stated the alleged act took place in a completely diffrent room.

(3) The Public Pretender ("Defender") made a statement during her Closing Argument that was damaging to the Defense (Not helpful)

(4) At the Sentencing Hearing the Prosicuter requested the Judge to Adopt the Truth in Sentencing Act to the case which the Court allowed. This Act had been declared Unconstitutional.

## The case was Appealed

(5) The Appellate Court Affirmed the case yet stated "the record should show- that the Defendant was Convicted of Aggrivated Criminal Sexual Assault not P.C.S.A. Again violating Due Process of Law.

## Appealed to I.S.C.

The Illinois Supreme Court Reversed the case without filing an Order of Imediate Release.

(6) I sat for 4-6 month incarsirated after the Reversal, forcing me to file a State Habeas Corpus.

(7) At the R.H.C. Hearing the Judge stated that the I.S.C. Affirmed Count #4 (agg. Crim. Sex. Abuse) when they did NOT. The Final Judgement stated "Reversed" NOT Reversed in Part and Affirmed in Part.

(8) I was re-charged ~~again~~ with agg. Crim. Sex. Ass.

(9) During the new Trial the Accuser furtherly purged and or contridicted themselves.

(10) The Judge informed the State Prosicuter and the Public Pretender to stand in front of J.G. blocking my view of him completely, nor was he requested to identify his accused.

(11) I.C. severaly contridicted himself by making the statement "I don't remember him having sex with me in my ass".

I was re-convicted and Sentenced to a harsher Sentence than the original time received.

Appealed again
The Appellate Court lessened the Sentence yet Affirmed the Conviction.

I requested the appointed Appellate Pretender to file a Motion of Leave to File an Appeal. (during this period I was transfered from Menard C.C. to Pontiac C.C. which I well informed my (so-called) Counsil yet one month and two weeks later (2 wks. after the filing time ceased) I received a Pro Se Appeal Filing Kit and a letter of refusal concerning him filing my Appeal which he purposely sent to Menard C.C.

(P.2)

This left me with just a few options in seeking Justice, so I filed a Pro Se Petition of Post Conviction Relief.

I've argued six diffrent Ineffective Assistence of Council (3 at the Circuit Level and 3 at the Appellate Level), along with the other thus said issues.

However evin the Illinois Supreme Court ignored the fact that the same case that they Reversed in 2000 is back infront of them again and denied the Petition of Post Conviction.

I am yet to see a fair Trial and receive assistence from Counsil that actualy preforms thier proper duties. Well one did, Lerwence Essig got the Direct Appeal Reversed in 2000.

(p 2)

## REQUEST FOR RELIEF

State here exactly what you want to the court to do:

Reverse, Overturn, and Expunge 96-CF-264 &
2000-CF-246 from the Plaintiff's Record
Imediately release the Plaintiff

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, certify to the best of my knowledge, information, and belief, that this petition is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

Signed this 22 day of March, 2007.

_Robbie J. Moore_
(Signature of Petitioner

_____
(Signature of lawyer, if any)

Rev. 2/97                    - 13 -