**E-FILED**
Monday, 16 April, 2007  03:40:44 PM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerry McCann, Warden
Stateville Correctional Center
P.O. Box 112
Joliet, Ill 60434

07-2062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Clerk, U.S. District Court   ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

JOLIET IL 60436
APR 14

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 2890 0001 1719 8724

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

FILED

APR 16 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

