E-FILED
Tuesday, 17 April, 2007  11:59:02 AM
Clerk, U.S. District Court, ILCD

4-12-07

Judge Michael P. McCuskey
U.S. District Court
201 S. Vine St. Room 218
Urbana, IL. 61802

Re: 2:07-cv-2062

FILED
APR 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Mr. McCuskey,

    I am writing to inform you that I received the documents sent to me concerning the above mentioned case.

    Also I possess a question.

    Due to the fact I am being allowed to proceed in forma paupose will I also be appointed Counsel? There was no statement of facts as to rather or not the Motion for Appointment of Counsel?

    Thank you for your time sir!

                  Sincerly
                  Robbie J. Moore  #B-16483
                  Stateville C.C.
                  P.O. Box 112
                  Joliet, IL. 60434

P.S.

    Sir, I need the assistance of Counsel due to the fact (as I've explained before) I do NOT possess any of the Legal Documentation (Indictments, Transcripts, ect) for all of my legal papers (except the Petition of Post Conviction

Relief). Everything els was stolen from my property when I was walked to Segrigation about two years ago.

Again I thank you for your time!

Oh! The Document which the Appointed Counsil can obtain could assist greatly with the Civil Action Claim against Vermillion County.

Happy Holidays, and may the Powers That Be guide you in handling these matters!!!

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
FILED