E-FILED
Monday, 23 April, 2007  11:30:14 AM
Clerk, U.S. District Court, ILCD

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Browers, Chief Asst
Attorney General for the
Criminal Appeal Bureau
12th Floor
100 W Randolph St.
Chicago, IL 60601
07-2062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED
ATTORNEY GENERAL
APR 16 2007
OFFICE SRVCS
MAILROOM

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2890 0001 1719 8731

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**FILED**

APR 23 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

