IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ROBBIE MOORE, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 2062 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| TERRY McCANN, Warden, | ) | Judge Presiding. |
| Stateville Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Anne S. Bagby, Assistant Attorney General, and enters her appearance in the above-captioned cause as attorney for the respondent.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   /s/ ANNE S. BAGBY
ANNE S. BAGBY, Bar Number: 6243847
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Telephone: (312) 814-8811
Fax: (312) 814-2253
E-mail: abagby@atg.state.il.us