E-FILED
Wednesday, 23 May, 2007  09:29:18 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ROBBIE MOORE, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 2062 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| TERRY McCANN, Warden, | ) | Judge Presiding. |
| Stateville Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME

Now comes respondent, Terry McCann, Warden of the Stateville Correctional Center, by his attorney, Lisa Madigan, Attorney General of Illinois, and respectfully moves this Honorable Court for a thirty (30) day extension of time, up to and including July 6, 2007, in which to file an Answer or otherwise plead.

An affidavit in support of this motion is attached hereto.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:     /s/ ANNE S. BAGBY
ANNE S. BAGBY, Bar Number: 6243847
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Telephone: (312) 814-8811
Fax: (312) 814-2253
E-mail: abagby@atg.state.il.us

STATE OF ILLINOIS   )
                    )  ss.
COUNTY OF COOK      )

## AFFIDAVIT

I, ANNE S. BAGBY, being first duly sworn upon oath, depose and state as follows:

1. That the undersigned is an Assistant Attorney General in the Criminal Appeals Division of the Office of the Illinois Attorney General and is the Assistant assigned to represent respondent in this matter;

2. That the respondent's pleading in this matter is due June 6, 2007;

3. That, while respondent has ordered the state court record from the Circuit Court of Vermilion County, respondent has not yet received the record. And respondent needs the postconviction petition, and accompanying trial court orders in order to complete his pleading in this matter.

4. That affiant is on a part-time schedule, and in addition to the pleading in this matter, affiant has and has had the following competing obligations:

   a) I will be out of the office on June 5, 2007 and June 29, 2007.

   b) *Timothy Jones v. Randolph*, 01 MR 07, Illinois Circuit Court, Fulton County (Telephone Conference 5/2/07);

   c) *Sheldon Pittman v. Ryker*, 07 C 0765, United States District Court, Northern District of Illinois (Motion to Dismiss filed 5/2/07; Status Hearing 5/15/07; and Reply due 7/3/07);

   d) *Aris Etherly v. Bartley*, No. 07 C 0057, United States District Court, Northern District of Illinois (Answer filed 5/18/07);

   e) *Brian Stewart v. Jones*, 4-07-0129, Illinois Appellate Court, Fourth District (Appellee Brief due 5/25/07); and

    f)  *Chris Broches v. Chandler*, 07 C 2281, United States District Court, Northern District (Answer due 6/29/07).

4.  This Court thus far has granted no extensions.

5.  The undersigned regrets any inconvenience that this request may cause this Court. This request is made in good faith and not for the purpose of delay.

Therefore, respondent respectfully requests an extension of thirty days, to and including July 6, 2007, for filing his pleading in this matter.

                /s/ ANNE S. BAGBY
                ANNE S. BAGBY

SUBSCRIBED and SWORN to
before me this 23rd day of May, 2007.

_____

NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2007, I electronically filed respondent's MOTION FOR EXTENSION OF TIME with the Clerk of the United States District Court for the Central District of Illinois using the CM/ECF system and will also send notification of such filing to the following non-CM/ECF user:

Robbie Moore, #K16483
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

      Respectfully submitted,

      LISA MADIGAN
      Attorney General of Illinois

By:   /s/ ANNE S. BAGBY
      ANNE S. BAGBY, Bar Number: 6243847
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601
      Telephone: (312) 814-8811
      Fax: (312) 814-2253
      E-mail: abagby@atg.state.il.us