Robbie M Book
  Petitioner

v.

Terry McCann
  Respondent    Case No.: 07 C 2062

FILED
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## Petitoners Responce
### 7-11-07

The Respondent states that inconsistencies in the Tesemony of an Accuser is NOT an Error and is irrelivant. How? Both Accusers Testemony were inconsistant and Cot Contridictory.

The Petioner request Assistance of Counsil yet this Court denied him such assistane thus the Petitioner is not recieving a just and fair Trial.

Nor did the Respondent look into the Complete Transcripts. Other wise the Issue of Ineffective Assitance of Counsil would have bee seen during both the 1997 (96-CF-264) Trial, and in the 2000 (00-CF-246) Trial.

The Respondent did not evin argue the Double Jepardy Issue.

Nor the Issues of the Violations of Rights.

The ("Case Rundown") if actualy is looked into by this Court is coloberated in plain black & white in Documents and Transcripts.

1.

1. The Accusers did in fact give inconsistant Testemony.

2. Lisa Lovelace (Appointed Counsil) made the statement "the Defendant is a runaway train that should have been seen comming from a mile away."

3. The Petioner was originaly Charged with Agg. Criminal Sexual Assault. It was changed to Pred. Criminal Sexual Assault the same day of the Petitioner's Trial. This is a Violation of Due Process of Law. As is being incarsirated for 3 month without being Charged with any crime!!!

4. During the 2000 Trial William Sahn made the statement "the Defendant didn't stick his finger in J.G.'s Buth, he merely Goosed him". Ineffective Assistance of Counsil again. (William Sahn was Potitoner's Counsil)

5. J.G. has given 3 diffrent rooms in which the alleged act accurd. T.C. stated "I don't remember him having sex with me in my ass". After he said that the Potitioner suposedly had sodomized him twice.

2.

6. The Respondent did not evin argue every Issue raised by the Petioner.

    Due to the above mentioned reason the Petioner requests this Honorable Court to Overturn and Esponge the Petioner's Convition. As well the Petioner asks this Court t Order his Imediate Release.

    Or at least Court Order a New Trial.

<u>Robbie J. Moore</u>
Robbie J. Moore B-16483
Stateville C. C.
P.O.B. 112
Joliet, IL. 60434

Pro Se

3.