E-FILED
Monday, 16 July, 2007  03:40:36 PM
Clerk, U.S. District Court, ILCD

Robbie J. Moore
                    Petitoner

V.

Terry McCann
                    Respondent

Case No.: 07 C 2062

## Motion of Supplmental of Petitoner's Responce

Here comes the Petitioner Robbie J. Moore on the 12th day of July in the year 2007, requesting this Honorable Court to allow the following to be attached with the Petitoner's Responce to the Sate's Answer.

**FILED**

JUL 16 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Robbie J. Moore
Robbie J. Moore
# B-16483
Stateville C.C.
P.O.B.-112
Joliet, IL. 60434

Pro Se

Robbie J. Moore

                                    Petitioner

v.  Terry McCann

                                                    Case No.: 07 C 2062

                                    Respondent

1.  The Petitoner has requested Appöinment of Counsil in the above mentioned case, and has explained to the Court that his Copies of the Legal Documentation needed for evidence was No longer in his possession. Therefor the Petitioner can NOT argue the raised Issues without the Assistance of Counsil. Thus it is the Petitioner's belief that he is being denied a just and fair Trial.

2.  The Respondent herself stated that ~~are~~ there are infact inconsistencies in the Testimonies of the Accusers. Yet stated that inconsistencies in the Accusers' Testimonies are irellivant toward the Prosicution of the Petitione's case.

3.  The Respondant didn't evin argue the inconsitencies in T.C.'s Testimonies, or the fact that he Purjed himself twice during the 97 Trial and the 2000 Trial.

4.  The Respondent recognised the damaging Closing Argument by William Sohn (Public Defender), but yet stated that a damaging argument by the P.D. is Not Grounds to raise Ineffective Assistance of Counsil.

1.

Which is Grounds for raising Ineffective Assistance of Counsil for the P.D. is supose to defend his client, NOT help the State with the prosicution.

5. The Respondent stated that J.G. said that he and I were alone (which at one point in his Testimony he did infact say this), but als stated that Robert Campbell (J.G.'s cousin) was "with us".
   (which also shows Ineffective Assistance for the P.D. did not object or bring this further into the light/Knowledge of the Court)

6. The Respondent herself has proven that the Petioner's Rights wer Violated, and that he did Not receeve a fair and just Trial which the Petioner has a U.S. Constitional (14th admen.) Right to.

Therefor (again) the Petioner requests this Honorable Court to Overturn OO-CF-246 (07 C 2062) an Order his Imediate Release. Or Order the Petioner to be given a New Trial.

Robbie J. Moore
Robbie J. Moore #B-16483
P.O.B. 112
Joliet, IL. 60434
Pro Se

2.