IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ROBBIE MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07-2062 |
| | ) | |
| TERRY McCANN, Warden, | ) | |
| Stateville Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

## **REPLY**

Pursuant to this Court's July 17, 2007 order, respondent files this reply to petitioner's response to respondent's answer. In support, respondent states as follows:

1. Petitioner, Robbie Moore, is in the custody of respondent, Terry McCann, Warden of the Stateville Correctional Center, located in Joliet, Illinois, and is identified as prisoner #N-03613.

2. On March 22, 2007, petitioner filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2254(d). On July 3, 2007, respondent filed an answer.

3. On July 16, 2007, petitioner filed a response to respondent's answer. After reviewing petitioner's response, respondent respectfully rests on his original pleading.

July 18, 2007								Respectfully submitted,

									LISA MADIGAN
									Attorney General of Illinois

						By:		/s/ ANNE S. BAGBY
									ANNE S. BAGBY, Bar #: 6243847
									Assistant Attorney General
									100 West Randolph Street, 12th Floor
									Chicago, Illinois 60601
									TELEPHONE: (312) 814-8811
									FAX: (312) 814-2253
									E-MAIL: abagby@atg.state.il.us

2

## CERTIFICATE OF SERVICE

       I hereby certify that on July 18, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the attached Reply to the following non-CM/ECF participant:

    Robbie Moore, #B16483
    Stateville Correctional Center
    P.O. Box 112
    Joliet, Illinois 60434

                              LISA MADIGAN
                              Attorney General of Illinois

By:   /s/ ANNE S. BAGBY
        ANNE S. BAGBY, Bar #: 6243847
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        TELEPHONE: (312) 814-8811
        FAX: (312) 814-2253
        E-MAIL: abagby@atg.state.il.us