Robbie Moore
            Petitioner
V.                          Case No.: 07 C 2062

Terry McCann
            Respondent

## Request For Update

here Comes Robbie Moore the Petitioner ProSe request at Status Update conerning the above mentioned case.

FILED
DEC 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Robbie J. Moore
B-16483
Statville C.C.
P.O. Box 112
Joliet, IL.
            60434