IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBBIE MOORE, | ) |
|       Petitioner, | ) |
| v. | ) |
| | ) No. 07-2062 |
| TERRY McCANN, Warden, | ) |
|   Stateville Correctional Center, | ) The Honorable |
| | ) Michael P. McCuskey, |
|       Respondent. | ) Chief Judge Presiding. |

**APPEARANCE**

     To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for **respondent Terry McCann.** I certify that I am admitted to practice in this Court.

March 17, 2008

                                  LISA MADIGAN
                                  Attorney General of Illinois

                                  <u>s/ Michael R. Blankenheim</u>
                                  MICHAEL R. BLANKENHEIM, Bar # 6289072
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601-3218
                                  TELEPHONE: (312) 814-8826
                                  FAX: (312) 814-2253
                                  EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

 I hereby certify that on March 17, 2008, I electronically filed an **Appearance** with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

 Robbie Moore, B16483
 Stateville Correctional Center
 Route 53
 P.O. Box 112
 Joliet, Illinois 60434

        s/ Michael R. Blankenheim
        MICHAEL R. BLANKENHEIM, Bar # 6289072
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601-3218
        TELEPHONE: (312) 814-8826
        FAX: (312) 814-2253
        EMAIL: mblankenheim@atg.state.il.us