E-FILED
Monday, 17 March, 2008  11:33:44 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBBIE MOORE, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) No. 07-2062 |
| TERRY McCANN, Warden, | ) |
| Stateville Correctional Center, | ) The Honorable |
| | ) Michael P. McCuskey, |
| Respondent. | ) Chief Judge Presiding. |

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD**

Respondent TERRY MCCANN respectfully moves this Court for leave to substitute counsel of record in the above-captioned cause. In support, respondent states as follows:

1. This case involves a petition for writ of habeas corpus filed under 28 U.S.C. § 2254 by petitioner Robbie Moore, an inmate of the Illinois Department of Corrections.

2. Assistant Attorney General Anne S. Bagby was assigned to represent respondent and is currently counsel of record. Respondent answered the petition on July 3, 2007.

3. Within the Office of the Illinois Attorney General, this case has been reassigned to Assistant Attorney General Michael R. Blankenheim, who this day has filed an appearance in this case.

WHEREFORE, respondent respectfully requests this Court for leave to substitute Michael R. Blankenheim as his counsel of record, in place of Anne S. Bagby.

March 17, 2008

LISA MADIGAN
Attorney General of Illinois

s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

 I hereby certify that on March 17, 2008, I electronically filed respondent's **Motion For Leave To Substitute Counsel Of Record** with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

 Robbie Moore, B16483
 Stateville Correctional Center
 Route 53
 P.O. Box 112
 Joliet, Illinois 60434

          <u>s/ Michael R. Blankenheim</u>
          MICHAEL R. BLANKENHEIM, Bar # 6289072
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-8826
          FAX: (312) 814-2253
          EMAIL: mblankenheim@atg.state.il.us