Robbie Moore

Petitioner

v.

Terry McCann

Case No. 07-2062

Respondant

E-FILED
Friday, 28 March, 2008  01:04:25 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 28 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to Dismiss/Denie Motion For Leave to Substitute Counsel of Record

Here comes the Petitioner Robbie Moore on the 25th day of March within the year 2008.

The Petitioner requests this Court to deny the Respondent's request to Substitute Counsel.

The Petitioner and the Respondent has already filed our Petitions, Briefs, and Response Brief. We have already done our arguing, there is nothing for Michael R. Blankenheim to argue, file, etc.

The only Action neccissary for the Court is to pass Final Jugdment on the Habeas Curpus.

~~Furthermore Mr. Blankenhiem is in the Northern District of the~~

Anne S. Bagby has already argued the case for Terry MacCann, the arguing the Issues is completed.

Due to this reason the Petitioner Robbie Moore respectfully requests the Court to deny the Assistant Attorney General's Motion For Leave to Substitute Counsel of Record.

Robbie J Moore
B-16483

(Judge) Michael P. McCuskey,

    I am coresponding with you concerning my Habeas Corpus (Case no. 07-2062).

    I recently received the Motion of Leave to Substitute Counsel of Record.

    How is Anne Bagby going to wait untill after we (the Petioner and Respondent) has argued this Case to decide that she didn't want to handle it? It's already handled!

    We were merely awaiting the Courts Final Desicion.

    Then I recieve this stupidly filed Motion that is late.

    Have you People (Politicians) thrown common sense out the window?

    What a Politicaly Incorrectly Corupt system.

                      Sincerly
                      Robbie J. Moore